**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| C4CAST.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE FINANCIAL CORPORATION AND CAPITAL ONE SERVICES, LLC <br><br> Defendants. | Civil Action No. 2:13-cv-329 <br><br> JURY TRIAL DEMANDED |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff c4cast.com, Inc. and Defendants Capital One Financial Corporation and Capital One Services, LLC, pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

DATED August 23, 2013.                    Respectfully submitted,

By: /s/ *Stevenson Moore*
    Hao Ni
    Texas Bar No. 24047205
    hni@nilawfirm.com
    Timothy T. Wang
    Texas Bar No. 24067927
    twang@nilawfirm.com
    Neal G. Massand
    Texas Bar No. 24039038
    nmassand@nilawfirm.com
    Stevenson Moore V
    Texas Bar No. 24076573
    smoore@nilawfirm.com

    **Ni, Wang & Associates, PLLC**
    8140 Walnut Hill, Ste. 310
    Dallas, TX 75231
    Telephone: 972.331.4600
    Fax: 972.314.0900

    **ATTORNEYS FOR PLAINTIFF**
    **C4CAST.COM, INC.**

By: /s/ Daniel G. Vivarelli, Jr.
    Maya M. Eckstein
    **HUNTON & WILLIAMS LLP**
    Riverfront Plaza, East Tower
    951 East Byrd Street
    Richmond, VA 23219
    Tel: (804) 788-8200
    Fax: (804) 788-8218
    meckstein@hunton.com

    Daniel G. Vivarelli, Jr.
    **HUNTON & WILLIAMS LLP**
    2200 Pennsylvania Avenue, NW
    Washington, D.C. 20037
    Tel: (202) 955-1500
    Fax: (202) 778-2201
    dvivarelli@hunton.com

                                                **ATTORNEYS FOR DEFENDANTS CAPITAL ONE FINANCIAL CORPORATION AND CAPITAL ONE SERVICES, LLC**

## CERTIFICATE OF SERVICE

       I hereby certify that on the 23rd day of August, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                         /s/ *Stevenson Moore*___
                                         Stevenson Moore